United States Courts
Southern District of Texas
FILED
OCT 16 2026
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

Houston Division

| | |
|---|---|
| Richard M Justesen<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>**-v-**<br>FIFA<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No.<br>*(to be filled in by the Clerk's Office)*<br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Richard M Justesen |
| Street Address | PO Box 72 |
| City and County | Seabrook |
| State and Zip Code | Texas 77586 |
| Telephone Number | 203-241-2274 |
| E-mail Address | justeserm@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FIFA |
| Job or Title *(if known)* | |
| Street Address | 396 Alhambra Circle |
| City and County | Miami |
| State and Zip Code | Florida 33134 |
| Telephone Number | |
| E-mail Address *(if known)* | accreditation.fwc26@fifa.org |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Telephone Number
E-mail Address *(if known)*

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | SAFE Management |
| Street Address | 1 NRG Park |
| City and County | Houston, Harris County |
| State and Zip Code | Texas 77054 |
| Telephone Number | 832-667-2873 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☒ Other acts *(specify)*: Cancellation of shifts

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

April 6, 2026

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

Major Depressive Disorder w/ Psychotic Features

E. The facts of my case are as follows. Attach additional pages if needed.

I am employed by SAFE Management. They provide security for Reliant Park, formerly NRG Park. They were contracted to provide security for some FIFA events in Houston, Texas. I applied for, and was scheduled, for nine shifts. To work, people had to receive accreditation from FIFA. FIFA claimed they, or someone else, performed background checks. FIFA did not clear me for accreditation.
I've had several background checks that did not show anything. Two were performed by the FBI, in 2022 and 2026, which didn't show anything. SAFE Management had a company, Yardstik, perform a check in 2026, which was clear. From 2021 through 2022 I held a SECRET security clearance.
I was hospitalized in 2019. Although it was changed to voluntary, the State of California has been erroneously reporting it as involuntary to the FBI NICS (National Instant Criminal Background Check System). Although I have a record with them, it's not due to my committing a crime, rather it's due to my having been "committed" for mental health reasons. As this is the only record I could find, I assume this is why I was denied employment.
I sent two emails to FIFA asking about my accreditation. They didn't respond. I went to the accreditation center. They couldn't give me a reason, but they said they told SAFE Management why I was denied. I sent an email to SAFE Management asking why my accreditation was denied. They didn't have a reason and refused to show me the email saying why it was denied. FIFA provided a pdf for accreditation. There was a link to report discrimination, but it was a dead link.
I haven't been able to find anything criminal that could disqualify me. If the record of my hospitalization was used to determine my employment eligibility, I was discriminated against due to my disability. I am unable to know if this was used. FIFA won't respond and SAFE Management won't give me a reason.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 15, 2026

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 7/23/2026 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking $2,001,260 in damages, as well as reimbursement for attorney's fees should one represent me. I am seeking $1,260 in back pay. I was scheduled for nine shifts at about fourteen dollars an hour. Shifts usually range from eight to twelve hours. I approximated ten hours average for nine shifts paying $14.00 per hour equaling $1,260. I am seeking $2,000,000 in punitive and compensatory damages. A cursory internet search showed settlements in these types of cases can pay upwards of $1,000,000. One website showed a $1,265,000 settlement for a disability discrimination case. Although I expect any settlement to be less, I've been led to believe courts will not usually order more than what was asked. This amount is the upper limit.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 16 Oct 2026

Signature of Plaintiff

Printed Name of Plaintiff Richard M Justesen

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address